UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

MARY LA VIGNE, KRISTEN HESSLER,
and KATHLEEN HOGAN on behalf of
themselves and all others similarly situated,

        Plaintiffs,

vs.                            Civil Action No.: 7:16-cv-07924-NSR

COSTCO WHOLESALE
CORPORATION,

        Defendant.
-----------------------------------------------------------------------

## DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Costco Wholesale Corporation ("Costco") respectfully moves this Court to dismiss Plaintiff's Amended Class Action Complaint in its entirety for failure to state a claim upon which relief may be granted. Costco relies on the Memorandum of Law in Support filed contemporaneously herewith.

Respectfully submitted, this 3rd day of April, 2017.

/s/ *Richard P. O'Leary*
William N. Withrow (GA Bar No. 772350)
william.withrow@troutmansanders.com
Richard P. O'Leary (NY Bar No. 042604)
richard.oleary@troutmansanders.com
Lindsey B. Mann (GA Bar No. 431819)
lindsey.mann@troutmansanders.com

TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone:    (212) 704-6000
Fascimile:    (212) 704-6288

*Counsel for Costco Wholesale Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendant Costco Wholesale Corporation's Motion to Dismiss* was electronically filed with the Clerk of Court using the CM/ECF system. I also certify that a copy of this *Defendant Costco Wholesale Corporation's Motion to Dismiss* was served upon counsel for Plaintiffs via U.S. Mail addressed as follows:

> WOLF POPPER LLP
> Patricia I. Avery
> Matthew Insley-Pruitt
> Robert Plosky
> 845 Third Avenue
> New York, New York 10022

This 3rd day of April 2017.

/s/ *Richard P. O'Leary*
Richard P. O'Leary (NY Bar No. 042604)
richard.oleary@troutmansanders.com

3