# Exhibit A

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0583-0092. The time required to complete this information collection is estimated to average 75 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This form had been approved by OMB for web distribution.

Page 1 of 4

| U.S. DEPARTMENT OF AGRICULTURE FOOD SAFETY AND INSPECTION SERVICE **APPLICATION FOR APPROVAL OF LABELS, MARKING OR DEVICE** FSIS has determined that information provided in items 11,15, and 16 is exempt from mandatory disclosure under Freedom of Information Act 5 U.S.C. 552(b)(4) APPLICANT: See Page 5 for instructions. | 1. AGENT NAME, ADDRESS TELEPHONE NO (If using an Agent complete this block, otherwise leave blank.) | 2. FOR USDA USE ONLY **SKETCH APPROVED SUBJECT TO COMPLIANCE WITH FMIA & PPIA & REGULATIONS** Oct 6, 2014 **FSIS U.S. DEPT. OF AGRICULTURE** | 3. FOR USDA USE ONLY | 4. ESTABLISHMENT NO / FOREIGN COUNTRY (if applicable) P31812 4a. TYPE OF PRODUCT  Egg    Meat  ✓ Poultry    Other |
|---|---|---|---|---|

5a. NAME OF PRODUCT
KIRKLAND SIGNATURE PREMIUM CHUNK CHICKEN BREAST

| 5b. HACCP PROCESS CATEGORY (Select one) | 6a. TYPE OF APPROVAL REQUESTED | 7a. AREA OF PRINCIPAL DISPLAY PANEL (Square inches) |
|---|---|---|
| 03J Slaughter - all species 03B Raw Product - ground 03C Raw Product - not ground ✓ 03D Thermally Processed - Commercially sterile 03E Not heat treated - shelf stable 03F Heat treated - shelf stable 03G Fully cooked - not shelf stable 03H Heat treated but not fully cooked - not shelf stable 03I Product with secondary inhibitors - not shelf stable | ✓ SKETCH    TEMPORARY EXTENSION OF TEMPORARY 6b. WAS THE LABEL PREVIOUSLY APPROVED? YES → Date of approval: _____ Prior approval number: _____ ✓ NO Number of labels on hand: _____ Number of days requested: _____ | 104.0000 7b. TOTAL AVAILABLE LABELING SPACE FOR ENTIRE PACKAGE (Square inches) 52.0000 |

| 8. Does this label include a "USDA-AMS Child Nutrition Program CN-Logo? | YES   ✓ NO | 9. (FOR USDA-AMS USE ONLY) CN Identification Number Assigned |
|---|---|---|

| 10. Are there any special claims, guarantees, or foreign language on the label? | ✓ YES    NO    (if yes, check all that apply) | |
|---|---|---|
| Allergen Statements Animal Production/Breed/Raising Certified/Verified Environmental/Green Export Only Labels w/deviations from Domestic Requirements Foreign Language Geographic/Undefined Style | Grading Terms Guarantees Natural/Organic ✓ Nutrition/Health Religious Exemption | Other Claims Specify *Sally L. Jones* |

| 11. NAME AND ADDRESS OF FIRM (Below and between dots) | 12. SIGNATURE OF APPLICANT OR AGENT Debra MacEwen | 13. DATE 10/03/2014 |
|---|---|---|
| • CRIDER INC 1 PLANT AVE STILLMORE, Georgia 30464 UNITED STATES • | 14. (FOR USDA USE ONLY) CONDITIONS APPLYING TO USE OF LABELS OR DEVICE | |

FSIS FORM 7234-1 (11/16/2011)    REPLACES FSIS FORM 7234-1 (09/01/2009) WHICH IS OBSOLETE

## Label Application Summary

Report Date: 07-Mar-2017

### Label Application Summary

Application Number / Barcode: 91025468
Application Status: Sketch
Submission Date: 10/3/2014
Submission Type: WEB

### Label Application Adjudication Information

Approval Number: 91025468
Adjudication Date: 10/8/2014
Adjudication Status: Sketch

### Establishment Information

| Establishment Number | Establishment Name | Establishment Type | Organization Detail |
|---|---|---|---|
| P31812 | Crider, Inc | Domestic | P.O. Box 3981 Plant Ave. Stillmore Georgia 30464 |

### Product Information

Name of Product: KIRKLAND SIGNATURE PREMIUM CHUNK CHICKEN BREAST

HACCP Process Category: 03D: Thermally Processed - commercially sterile

Include a 'USDA-AMS Child Nutrition Program CN-Logo': No

CN Identification Number Assigned:

Type of Product: Poultry

Voluntary Review of a Submission which can be generically approved: No

ExtraOrdinary Circumstances: No, I am not requesting extraordinary circumstances consideration.

COSTCO WHOLESALE
PACKAGING GRAPHICS DEPT.

| | |
|---|---|
| DATE | 9/25/14 |
| JOB NO. | 14KS1221b |
| PROJECT | CannedChcknLBL_US |
| DESIGNER | J3D |
| PC/DT | JMB / 3562 |
| CONTACT | TROY K |

Software: CS6

SPECIAL INSTRUCTIONS:

3 SPOTS

PREPRESS & PRINTING CONTACT INFORMATION

**PLEASE NOTE:** MISTAKES CAN BE COSTLY. CHECK ART, COLOR SEPARATIONS AND TYPE CAREFULLY. **THIS PROOF IS NOT FOR COLOR ACCURACY. IF AN ACCURATE COLOR PROOF IS NEEDED, A COLOR TARGET PROOF OR MATCHPRINT MUST BE ORDERED.**

KIRKLAND Signature
Costco Wholesale Corporation
Corporate Packaging Graphics Department

| | |
|---|---|
| PROJECT: | Canned Chicken LBL US |
| JOB #: | 14KS1221b |
| ITEM#: | 51070 |
| PC: | JMB / 3562 |
| CONTACT: | TROY K |
| EXT: | 8267 |
| DESIGNER: | J3D |
| DATE: | 10/1/14 |

*This package was designed by the Costco Wholesale Packaging Graphics Department. It meets the standards for packaging design and correct use of the Kirkland Signature logo.*

## Kirkland Signature Package Design Approval

*Note: A completed Private Label Development form must be attached*

| | | | |
|---|---|---|---|
| Doug Schutt | Date | Dept. GMM/AVP/VP *Records supporting all label information and claims have been obtained and reviewed by the buyer and/or GMM* | Date |
| Dept. SVP/EVP | Date | Dept. Buyer *Records supporting all label information and claims have been obtained and reviewed by the buyer and/or GMM* | Date |
| Leigh Fulwood, Corporate Legal Counsel | Date | Kevin Diegel, Corporate Packaging Art Director | Date |
| QA: Craig Wilson | Date | Sandy Torrey, AVP, Corporate Marketing and Packaging | Date |

Craig Jelinek Date

Please note Final approval signature cannot be obtained until all of the listed signatures above have been obtained.

TEMPLATE
CRIDER 12.5 OZ.
1 7/8" X 13" LAP 5/8 L

END OF VARNISH 5/8" FROM TRIM

TRIM 1 7/8" X 13"

1/8" BLEED

SAFE IMAGE AREA 3/32" IN FROM TRIM

SAFE IMAGE AREA 3/4" IN FROM TRIM

INK VOID 1 5/8" X 3/8"

PROOF This PDF is for proofing purposes only. Do not forward this file for final print production.





