```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/12/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY LA VIGNE, KRISTEN HESSLER, and
KATHLEEN HOGAN on behalf of themselves
and all others similarly situated,
                              Plaintiffs,

      -against-                                          16 CIVIL 7924 (NSR)

## JUDGMENT

COSTCO WHOLESALE CORPORATION,
                             Defendant.
-----------------------------------------------------------X

      Defendant having moved to dismiss Plaintiffs' amended class action complaint pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted, and the matter having come before the Honorable Nelson S. Roman, United States District Judge, and the Court, on January 10, 2018, having rendered its Opinion and Order granting Defendant's motion to dismiss and directing the Clerk of the Court to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 10, 2018, Defendant's motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
         January 12, 2018

                                                    RUBY J. KRAJICK
                                                     Clerk of Court
                        BY:                     _[signature]_
                                                       Deputy Clerk